TOWN OF GROTON *v.* PETER R. JOHL

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Peter R. Johl,* pro se, in support of the petition.

Decided May 25, 1989

JOYCE R. BREEN *v.* THOMAS BREEN, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 166, is denied.

*Lloyd Frauenglass,* in support of the petition

*Timothy J. Fitzgerald,* in opposition.

Decided May 25, 1989

RICHARD J. BONELLI *v.* SANDRA A. BONELLI

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 207, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that 'the undisputed facts on the record are sufficient to require the disqualification of the trial judge' and the setting aside of the judgment based upon the relationship between the judge, his former law firm and the attorney for the plaintiff as co-counsel in an unrelated case?"

*Terence S. Ward,* in support of the petition.

*M. Jane Christensen,* in opposition.

Decided May 25, 1989